# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD DOBESKI, | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-138-TWP-TAB |
| PULASKI COUNTY, and LAPORTE COUNTY, | ) |
| Defendants. | ) |

## Order Discussing Transferring Action to Northern District of Indiana

Plaintiff Richard Dobeski is incarcerated in New Castle, Indiana. In this civil rights complaint brought pursuant to 42 U.S.C. ' 1983, Dobeski names as defendants Pulaski County, Indiana and LaPorte County, Indiana. Both counties lie within the Northern District of Indiana. 28 U.S.C. ' 94. Dobeski alleges that the defendants were in collusion to deny him his Fourth Amendment rights. He asks the court to investigate his allegations. He has paid the filing fee.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. ' 1391(b). Here, the events giving rise to the claim occurred, and the defendants can be found, in the Northern District of

Indiana. Another statute, 28 U.S.C. ' 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Under these circumstances, the better venue for the action is the Northern District of Indiana.

Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Northern District of Indiana at South Bend, Indiana.

**IT IS SO ORDERED.**

Date: 03/05/2012
_____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Richard Dobeski**
**DOC #190078**
**New Castle Correctional Facility**
**1000 Van Nuys Road**
**P.O. Box A**
**New Castle, IN 47362**